# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NICOLE R BOWMAN-FARRELL, et al

      Plaintiffs,

    v.                                                        Case No. 02-C-818

COOPERATIVE EDUCATIONAL SERVICE
AGENCY 8, also known as CESA 8,

      Defendants.

## ORDER LIFTING STAY

      This matter has been stayed by agreement of the parties as a result of liquidation proceedings involving one of the defendants. The stay has been in effect for approximately two years. The court has requested status reports from the defendant seeking the stay and no report has been filed.

      Plaintiff has now moved to lift the stay, arguing that this court is not subject to the jurisdiction of the Pennsylvania court that entered the stay. The court agrees. For the reasons stated in the Memorandum of Law submitted by the plaintiffs, as well as the failure of the defendants to provide the court with the requested status report, the stay in this matter is hereby lifted. The clerk shall immediately set this matter for a Rule 16 scheduling conference.

      **SO ORDERED**.

      Dated this  15th  day of June, 2005.

                                                                                   s/ William C. Griesbach
                                                                                   William C. Griesbach
                                                                                   United States District Judge